No. 175. McKesson & Robbins, Inc. *v.* Edwards, Collector of Internal Revenue. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Donald Horne* for petitioner. *Solicitor General Jackson* and *Messrs. Sewall Key, J. Louis Monarch, W. Croft Jennings,* and *Warner W. Gardner* for respondent.

No. 177. Minnesota Tribune Co. *v.* Willcuts et al. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Arnold L. Guesmer* for petitioner. *Solicitor General Jackson* and *Messrs. Sewall Key, J. Louis Monarch, Arnold Raum,* and *Paul S. McMahon* for respondents.

No. 178. United States ex rel. New River Co. *v.* Morgenthau, Secretary of the Treasury, et al. October 9, 1939. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Messrs. J. Bruce Kremer, George S. Fuller, Herbert M. Bingham, Bruce A. Low,* and *H. Donald Kistler* for petitioner. *Solicitor General Jackson* and *Messrs. Sewall Key, Arnold Raum,* and *Lee A. Jackson* for respondents.

No. 181. Minnec *v.* United States. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Ray E Lane* for petitioner. *Solicitor General Jackson, Assistant Attorney General Rogge,* and *Messrs. William W. Barron, J. Albert Woll, M. Joseph Matan,* and *W. Marvin Smith* for the United States.